# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN STEVENSON BYNON, JR. | Case No. 4:26-CR-00023 |

## DEFENDANT'S UNOPPOSED MOTION TO CONTINUE

Dr. Steve Bynon respectfully asks the Court to continue his motions deadlines, pretrial conference, and trial date. The pretrial conference and trial are presently scheduled for March 30, 2026, and April 6, 2026, respectively. Dkt. 13.

Dr. Bynon has been charged with making false statements relating to health care matters, in violation of 18 U.S.C. § 1035(a)(2). This continuance is requested because counsel needs more time to effectively prepare his defense. The Government has produced partial discovery, but it has informed counsel that full discovery, which is voluminous, will be complete by March 13. Counsel will need time to review and analyze the Government's discovery and to continue to investigate the case. Counsel anticipates filing several pretrial motions, including a motion to dismiss. Should the case proceed to trial, Dr. Bynon requests that his trial be conducted within seventy non-excludable days under the Speedy Trial Act.

The parties have conferred and suggest the scheduling order be amended, as follows:

1. Pretrial motions will be filed no later than April 27, 2026.
2. Responses to motions are due 14 days after motions are filed.
3. Replies, if any, are due 7 days after responses are filed.
4. Any hearing, evidentiary or otherwise, set in late May or early June 2026.

    5. Final pretrial conference set for _____, 2026.

    6. Jury selection and trial set for _____, 2026.

Counsel for the government is unavailable most of July 2026. In addition, Brent Newton has appeared as Dr. Bynon's co-counsel. Dkt. 24. Mr. Newton begins his teaching obligations at Penn State University–Dickinson Law in August 2026. Further, Mr. Newton is unavailable for any hearings from May 19-22. For these reasons, the parties request that any hearings be scheduled the last week in May or in early June. The defense requests that trial be set for June 22; the Government represents that it will accommodate the Court's availability and calendar. The parties anticipate that trial will take no more than ten days.

Dr. Bynon respectfully submits that the best interests of justice served by granting this motion outweigh the interests of the defendant and the community in a speedy trial, and that failure to grant the continuance would deprive defense counsel of sufficient time to prepare for trial. *See* 18 U.S.C. §3161(h)(7)(A) & (B)(iv).

Respectfully submitted,

/s/ *Samy Khalil*
Samy Khalil
Texas Bar No. 24038997
**KHALIL LAW PLLC**
4200 Montrose Blvd., Suite 440
Houston, Texas 77006
713.904.4477
samy@khalil.law

Brent Evan Newton
Attorney at Law
Texas Bar No. 00788115
19 Treworthy Road
Gaithersburg, Maryland 20878
202.975.9105
brentevannewton@gmail.com

*Attorneys for Dr. Steve Bynon*

## CERTIFICATE OF CONFERENCE

On March 9, 2026, I conferred with counsel for the Government, AUSA Suzy Elmilady and AUSA Sherin Daniel, who do not oppose this motion and agree to the scheduling order proposed in this motion.

/s/ *Samy Khalil*
Samy Khalil

## CERTIFICATE OF SERVICE

On March 9, 2026, I electronically filed this motion with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

/s/ *Samy Khalil*
Samy Khalil

3