## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                                  Case Number: 4:26−cr−00023

John Stevenson Bynon, Jr

---

## NOTICE OF SETTING

## TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SCHEDULED AS SET FORTH BELOW.

**Before the Honorable**

Lee H Rosenthal

**PLACE:**
by video
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 6/8/2026

**TIME:** 11:30 AM

**TYPE OF PROCEEDING:** Scheduling Conference

Date: June 3, 2026

Nathan Ochsner, Clerk
by G. Hassan, Deputy Clerk