United States District Court
Southern District of Texas
**ENTERED**
July 21, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CRIMINAL ACTION NO. H-26-23 |
| | § | |
| JOHN STEVENSON BYNON, JR., | § | |
| | § | |
| Defendant. | § | |

**ORDER**

Dr. Bynon has moved for a limine order as to evidence about alleged violations of federal healthcare regulations governing organ transplant programs, (Docket Entry No. 91); for a bill of particulars on the willfulness element of the charges against him, (Docket Entry No. 93); and to exclude the testimony of the United States's expert, Dr. Raymond Lynch, (Docket Entry No. 99). The court set a briefing schedule and motion hearing. (Docket Entry No. 101). The United States requested to continue the hearing. The court grants the request to continue the hearing, and it adjusts slightly the briefing schedule.

The United States must respond to these motions by July 31, 2026. Dr. Bynon may reply by August 7, 2026. A motion hearing is set for August 14, 2026, at 9:30 a.m. CT in Courtroom 11-D at 515 Rusk Street, Houston, Texas 77002.

SIGNED on July 21, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge