United States District Court
Southern District of Texas
**ENTERED**
July 28, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CRIMINAL ACTION NO. H-26-23 |
| | § | |
| JOHN STEVENSON BYNON, JR., | § | |
| | § | |
| Defendant. | § | |

**ORDER**

The United States moved to extend the time by which it must respond to Dr. Bynon's motion to exclude the testimony of Dr. Raymond Lynch.  (Docket Entry No. 109).  Dr. Bynon opposes the motion.  Dr. Bynon must file his response by July 29, 2026, at 12:00 p.m. CT.

SIGNED on July 28, 2026, at Houston, Texas.

Lee H. Rosenthal
Senior United States District Judge